Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

RECEIVED

APR 21 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION and NOVARTIS PHARMA AG, <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 07-CV-4819 (FLW)(TJB) <br><br> Hon. Freda L. Wolfson, U.S.D.J. <br> Hon. Tonianne J. Bongiovanni, U.S.M.J. <br><br> **(Filed Electronically)** |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendant hereby stipulate and agree that the above action, including all claims, counterclaims and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

**SO STIPULATED:**

Dated: 20 April 2010

By: _____
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

OF COUNSEL:

Anthony M. Insogna
Lester J. Savit
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA  92130-4096
(312) 782-3939
ljsavit@jonesday.com

Jason G. Winchester
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
(312) 782-3939
jgwinchester@jonesday.com

*Attorneys for Plaintiff
Celgene Corporation*

Dated: 4.20.10

By: /s/ William J. O'Shaughnessy
William J. O'Shaughnessy
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
woshaughnessy@mccarter.com

OF COUNSEL:

Henry Renk
Tara A. Byrne
Charles Chevalier
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104
(212) 218-2250
hrenk@fchs.com

*Attorneys for Plaintiffs
Novartis Pharmaceuticals Corporation
and Novartis Pharma AG*

Dated: 4.20.10

By: _Liza M. Walsh_
Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 070682
(973) 535-0500

OF COUNSEL:

Constance S. Huttner
Craig L. Uhrich
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
(212) 237-0000

*Attorneys for Defendant*
*KV Pharmaceutical Company*

**SO ORDERED:**

_____  4/21/10
HON. FREDA L. WOLFSON, U.S.D.J.